# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:10 CV 015

| | |
|---|---|
| SOUTHERN FOUR WHEEL DRIVE ASSOCIATION, et al, </br></br>Plaintiffs </br></br> V </br></br> UNITED STATES FOREST SERVICE, et al., </br></br> Defendants | **ORDER** |

**THIS MATTER** is before the court on David M. Harmon's Application for Admission to Practice *Pro Hac Vice* of Paul A. Tureke. It appearing that Paul A. Tureke is a member in good standing with the Idaho Bar and will be appearing with David M. Harmon, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David M. Harmon's Application for Admission to Practice *Pro Hac Vice* (#7) of Paul A. Tureke is **GRANTED**, and that Paul A. Tureke is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David M. Harmon.

Signed: June 3, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge