IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL ACTION NO. 2:10CV15-MR-DCK

| | |
|---|---|
| SOUTHERN FOUR WHEEL DRIVE ASSOCIATION, UNITED FOUR WHEEL DRIVE ASSOCIATION, THE BLUE RIBBON COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE NANTAHALA NATIONAL FOREST, MARISUE HILLIARD, Forest Supervisor, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Status Conference" (Document No. 9) filed June 4, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Status Conference" (Document No. 9) is **GRANTED** with modification; a telephone conference including the undersigned and counsel for each party, will be held on **June 29, 2010** at **3:00 p.m.**

Signed: June 9, 2010

David C. Keesler
United States Magistrate Judge