IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL ACTION NO. 2:10-CV-15-MR-DCK

| | |
|---|---|
| SOUTHERN FOUR WHEEL DRIVE ASSOCIATION, UNITED FOUR WHEEL DRIVE ASSOCIATION, THE BLUE RIBBON COALITION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE NANTAHALA NATIONAL FOREST, MARISUE HILLIARD, Forest Supervisor,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Trout Unlimited, Public Employees For Environmental Responsibility And Wild South's Motion To Intervene As Defendants" (Document No. 12) filed June 17, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion, and noting consent of the parties and good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Trout Unlimited, Public Employees For Environmental Responsibility And Wild South's Motion To Intervene As Defendants" (Document No. 12) is **GRANTED**.

Signed: June 22, 2010

David C. Keesler
United States Magistrate Judge