**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**CIVIL ACTION NO. 2:10-CV-15-MR-DCK**

| | |
|---|---|
| SOUTHERN FOUR WHEEL DRIVE ASSOCIATION, UNITED FOUR WHEEL DRIVE ASSOCIATION, THE BLUE RIBBON COALITION, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES FOREST SERVICE, NANTAHALA NATIONAL FOREST, MARISUE HILLIARD, Forest Supervisor, | )   **ORDER**<br>)<br>)<br>) |
| Defendants, | ) |
| TROUT UNLIMITED, PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, WILD SOUTH, | )<br>)<br>) |
| Intervenor-Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The undersigned notes that on or about September 28, 2010, Mr. Gary S. Hemric, in his capacity as mediator, sent an interim report on the mediation process to the Court requesting additional time for the parties to explore options and reconvene. (Document No. 25). There has been no filing or other report of activity in this case since Mr. Hemric's letter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a status report in this matter, jointly if possible, on or before **December 7, 2010**. The status report should also include updates and amendments, if any, to the "Certification And Report Of F.R.C.P. 26(f) Conference And Discovery Plan" (Document No. 24).

Signed: November 29, 2010

David C. Keesler
United States Magistrate Judge