IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:10cv15

| | |
|---|---|
| SOUTHERN FOUR WHEEL DRIVE ASSOC., <br> UNITED FOUR WHEEL DRIVE ASSOCIATIONS, <br> THE BLUERIBBON COALITION, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, <br> NANTAHALA NATIONAL FOREST, <br> MARISUE HILLIARD, Forest Supervisor, <br><br> Defendants. <br><br> TROUT UNLIMITED, PUBLIC EMPLOYEES FOR <br> ENVIRONMENTAL RESPONSIBILITY, <br> WILD SOUTH, <br><br> Intevenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** in favor of the Defendants United States Forest Service, Nantahala National Forest, and Marisue Hilliard, Forest Supervisor, and in

favor of the Intervener-Defendants Trout Unlimited, Public Employees for Environmental Responsibility, and Wild South and against the Plaintiffs Southern Four Wheel Drive Assoc., United Four Wheel Drive Associations, and The Blueribbon Coalition is hereby entered.

Signed: September 18, 2012

Martin Reidinger
United States District Judge